IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**CHARLES SCHWAB & CO., INC.,**

    **Plaintiff,**

    v.

**PETER PAVLAKIS,**

    **Defendant.**

7:19-cv-8245-CS

**ORDER CONFIRMING ARBITRATION AWARD**

**THIS MATTER** having come before this Court on defendant Peter Pavlakis' unopposed motion to confirm the award issued in his FINRA arbitration; the Court being sufficiently advised in the premises and finding adequate factual and legal bases upon which to confirm said award in accordance with 9 U.S.C. § 9; and there appearing to the Court no reason why the award should not be confirmed,

**IT IS HEREBY ORDERED** that the undisputed material facts set forth in defendant's motion be adopted and the arbitration award issued by the FINRA panel on August 28, 2020 in Case No. 19-02672 be, and hereby is, confirmed.  This Order shall constitute a final judgment approving the panel's recommendation of expungement and shall be sufficient for all such purposes.

                      **SO ORDERED.**

*/s/ Cathy Seibel*

Dated: December 10, 2020

                                      Cathy Seibel
                             United States District Judge